

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-19-00276-CR, 04-19-00277-CR, 04-19-00278-CR & 04-19-00279-CR

**EX PARTE** Christopher **DAVILA**

From the 227th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2019CR3859, 2019CR3712, 2019CR3713 & 2019CR3860
Honorable Andrew Wyatt Carruthers, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED September 11, 2019.

Sandee Bryan Marion, Chief Justice